Raymond R. Gates, Esq. (SBN 170240)
Amanda L. Moyer, Esq. (SBN 344151)
**LAURIA TOKUNAGA GATES & LINN, LLP**
1755 Creekside Oaks Drive, Suite 240
Sacramento, California 95833
Telephone: 916-492-2000
Facsimile: 916-492-2500
Email: rgates@ltglaw.net
Email: amoyer@ltglaw.net

Attorneys for Defendant
NATHAN MENDES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYDER KLENK, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF ETNA, a municipal corporation; NATHAN MENDES, individually and in his official capacity as a Police Officer for the CITY OF ETNA; BRETT LETENDRE, individually and in his official capacity as an agent for California Department of Alcoholic Beverage Control; and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>    Defendants. | CASE NO. 2:22-cv-01366-DAD-DMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NATHAN MENDES TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant NATHAN MENDES may have an additional twenty-one (21) days within which to answer or otherwise respond to Plaintiff RYDER KLENK'S complaint. Defendant's response is currently due June 7, 2023.

　　Good cause exists for this extension as counsel have met and conferred regarding Plaintiff's Second Amended Complaint and Plaintiff's proposed draft of a Third Amended Complaint. After review and discussion, Defendant currently still intends to file a Motion to Dismiss as to some of the causes of action in the Second Amended Complaint; however, both parties wish to further meet and confer and

hope to resolve the issues prior to Defendant filing a Motion to Dismiss.

Given the above, Defendant now requests a further extension of time to respond to the Second Amended Complaint to allow time for the Parties to further meet and confer.

This document is being filed electronically through the Court's ECF system. In this regard, counsel for Defendant hereby attests that (1) the contents of this document are acceptable to all persons required to sign the document; and (2) Plaintiff's counsel has concurred with the filing of this document.

Respectfully submitted,

Dated: June 6, 2023            **LAURIA TOKUNAGA GATES & LINN, LLP**

By:      */S/: AMANDA L. MOYER, ESQ.*
         RAYMOND R. GATES, ESQ.
         AMANDA L. MOYER, ESQ.
         Attorneys for Defendant
         NATHAN MENDES

Dated: June 6, 2023            **LAW OFFICES OF JOHN L. BURRIS**

By:      */S/: JAMES COOK, ESQ.*
         JOHN L. BURRIS, ESQ.
         JAMES COOK, ESQ.
         Attorneys for Plaintiff
         RYDER KLENK

# ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendant NATHAN MENDES should answer or otherwise respond to Plaintiff's Complaint on or before June 28, 2023.

Dated:  June 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE