UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYDER KLENK, | No. 2:22-CV-1366-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| NATHAN MENDES, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On the Court's own motion, the settlement conference set for August 24, 2023, before the undersigned in Redding, California, is taken off calendar pending resolution by the District Judge of Defendant Mendes' motion to dismiss. If the parties remain interested in a settlement conference following resolution of Defendant Mendes' motion, they should contact the undersigned's chambers to arrange a hearing.

IT IS SO ORDERED.

Dated: August 11, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1