JOHN L. BURRIS, Esq. (SBN 69888)
BEN NISENBAUM, Esq. (SBN 222173)
JAMES COOK, Esq. (SBN 300212)
K. CHIKE ODIWE, Esq. (SBN 315109)
BRANDON YEE, Esq. (SBN 344583)
**BURRIS NISENBAUM CURRY & LACY**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@gmail.com
james.cook@johnburrislaw.com
chike.odiwe@johnburrislaw.com
brandon.yee@johnburrislaw.com

Attorneys for Plaintiff
RYDER KLENK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYDER KLENK, | CASE NO.: 2:22-cv-01366-DAD-DMC |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |
| vs. | |
| NATHAN MENDES, | |
| Defendant. | |

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, Plaintiff RYDER KLENK ("Plaintiff"),

by and through his attorneys, and defendant, NATHAN MENDES ("Defendant"), by and through his

attorneys, hereby stipulate and jointly request that the Honorable Court grant the parties leave to

modify the scheduling order, MODIFIED SCHEDULING ORDER, a copy of which is attached as a

table to the instant stipulation.

**GOOD CAUSE STATEMENT**

1.       The parties conferred about a proposed stipulation to modify the scheduling on January 16, 2024, due to Defendants' CITY OF ETNA and NATHAN MENDES'S Motions to Dismiss that was resolved before the Honorable Dale A. Drozd on December 20, 2023. (Dkt. 63).

2.       Defendant NATHAN MENDES was personally served the Third Amended Complaint ("TAC") on September 9, 2023, by and through the City of Etna. The parties were waiting for the Court's deliberation of Defendants' CITY OF ETNA and NATHAN MENDES'S Motions to Dismiss, which was resolved on December 20, 2023, Defendant NATHAN MENDES was directed by the Court to answer the TAC within 21 days. Defendant NATHAN MENDES answered the TAC on January 10, 2024. (Dkt. 64).

3.       The close of fact discovery is February 12, 2024, and limited discovery and production has been exchanged between Plaintiff and Defendant.

4.       Additionally, neither Plaintiff nor Defendant has had the opportunity to discuss scheduling or notice any depositions for this matter. There is always the possibility that, depending on what information is learned or if a witness refuses to answer a question, a witness may need to be deposed multiple times.

5.       Both parties anticipate numerous depositions and the Defendant anticipates that information learned from Plaintiff, including after additional documents are produced, will identify more witnesses that will then also need to be deposed.

7.       In light of the fact that Defendants CITY OF ETNA and NATHAN MENDES'S motions to dismiss have recently been resolved, and NATHAN MENDES answering the TAC on January 10, 2024, as well as good cause shown, all key dates in this case are requested to be moved per the parties proposed new schedule, subject to the Court's approval. **IT IS HEREBY**

**STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

The parties respectfully and jointly request that the Court modify the operative case management scheduling order(s) as follows:

| Case Management Event: | Prior-Operative Date-Deadlines (Dkt. 11) | (Proposed) New Date-Deadline: |
| --- | --- | --- |
| Fact Discovery Cut-Off | February 12, 2024 | October 15, 2024 |
| Last Day for Initial Expert Disclosures and Report Productions | March 13, 2024 | November 15, 2024 |
| Last Day for Expert Rebuttal Disclosures and Report Production | May 1, 2024 | January 13, 2025 |
| Expert Discovery Cut-Off | June 24, 2024 | February 24, 2025 |
| Last Day for Hearing Motions | September 9, 2024 | May 9, 2025 |
| Settlement Conference | August 24, 2023 | December 9, 2024 |
| Final Pretrial Conference | February 25, 2025, at 1:30 p.m. | June 24, 2025, at 1:30 p.m. |
| Trial (jury)(court)(length) | April 28, 2025 | October 27, 2025, at 9:00 a.m. |

Dated:  January 24, 2024                              **BURRIS NISENBAUM CURRY & LACY**


                                                                          /s/ *Brandon Yee*
                                                                         Brandon Yee
                                                                         Attorney for Plaintiff



                                                                          **LAURIA TOKUNAGA GATES & LINN, LLP**

Dated:  January 19, 2024                               /s/ *Amanda Moyer*
                                                                         Amanda Moyer
                                                                         Attorney for Defendant
                                                                         Nathan Mendes

1
2
3
4
5
6
7
8
9
10
11

12                                            ORDER

13

14       The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

15       **IT IS HEREBY ORDERED** that the parties are granted leave to modify the scheduling order

16   as indicated above.

17

18   Dated:  January 24, 2024

19                                                          _____
                                                            DENNIS M. COTA
20                                                          UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28